# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-10638
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 10, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

BASSEY JACKSON EKANEM,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:05-CR-173-1

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Bassey Jackson Ekanem, federal prisoner # 33575-177, appeals from the denial of his motion for a judgment of acquittal pursuant to Federal Rules of Criminal Procedure 29(c)(1) and 45(b)(1)(B). As Ekanem has already been denied appellate relief and relief under 28 U.S.C. § 2255, his motion constitutes a meaningless, unauthorized filing, and his case does not present a nonfrivolous issue for appeal. *Howard v. King*, 707 F.2d 215, 220 (5th Cir.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-10638

1983).  His motions for leave to proceed in forma pauperis and for bail pending appeal are DENIED, and his appeal is DISMISSED AS FRIVOLOUS.  *See* 5TH CIR. R. 42.2.  *Baugh v. Taylor*, 117 F.3d 197, 202 n.24 (5th Cir. 1997).

Ekanem is WARNED that any future frivolous pleadings filed by him in this court or in any court subject to the jurisdiction of this court will subject him to sanctions.  Ekanem should review any pending matters to ensure that they are not frivolous and should move to withdraw any that are.